**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

KELLY SHAWN VAN VLERIN,

        Plaintiff,

Case No. 3:13-cv-874-J-34JRK

vs.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.
_____/

### **REPORT AND RECOMMENDATION**[1]

This cause is before the Court <u>sua sponte</u>. On July 19, 2013, Plaintiff, through counsel, initiated this action by filing a Complaint against the Commissioner of Social Security (Doc. No. 1). Plaintiff failed to perfect service within the time provided by the Federal Rules of Civil Procedure; therefore, an Order to Show Cause (Doc. No. 5) was entered on November 26, 2013, directing Plaintiff to file a response by December 11, 2013. Plaintiff was advised that failure to comply with the Order to Show Cause could result in a recommendation that this case be dismissed without further notice. To date, Plaintiff has not responded to the Order to Show Cause or requested more time in which to do so.

Accordingly, it is

**RECOMMENDED**:

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within fourteen (14) days after service of this document. Failure to file a timely objection waives a party's right to a de novo review. <u>See</u> 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; Local Rule 6.02(a).

1. That this case be **DISMISSED without prejudice** for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

2. That the Clerk of Court be directed to close the file.

**RESPECTFULLY RECOMMENDED** at Jacksonville, Florida on December 17, 2013.

/s/ James R. Klindt
JAMES R. KLINDT
United States Magistrate Judge

jlk
Copies to:

Honorable Marcia Morales Howard
United States District Judge

Counsel of Record