**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

KELLY SHAWN VAN VLERIN,

                Plaintiff,

-vs-                                Case No.: 3:13-cv-874-J-34JRK

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                Defendant.

_____

## ORDER

      **THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 6; Report), entered by the Honorable James R. Klindt, United States Magistrate Judge, on December 17, 2013.  In the Report, Magistrate Judge Klindt recommends that this action be dismissed without prejudice for failure to prosecute.  See Report at 2.  Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.

      The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla.  May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1.    The Magistrate Judge's Report and Recommendation (Dkt. No. 6) is **ADOPTED** as the opinion of the Court.

2.    This case is **DISMISSED without prejudice** for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

3.    The Clerk of the Court is directed to terminate all pending motions and deadlines as moot and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of January, 2014.


MARCIA MORALES HOWARD
United States District Judge



ja

Copies to:

The Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record